[No. 18315-3-II.   Division Two.   March 29, 1996.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. MASTON MULLINS, JR., *Appellant*.

The decision in the above captioned case which appeared in the advance sheets at 81 Wn. App. 115-122 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated August 29, 1996 directing that the opinion be withdrawn. *See* 83 Wn. App. 456.